B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re ROGER ZELENY, ROSEANN ZELENY,
Debtor

Case No. 12-44126

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: TCF NATIONAL BANK

Court claim no. (if known): _____

Last four digits of any number you use to identify the debtor's account: 8 4 9 4

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____
   mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 8/1/212-11/30/2012 | (1) $ | 193.94 |
| 2. Non-sufficient funds (NSF) fees | 11/13/2012 | (2) $ | 10.00 |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify:____ | | (10) $ | |
| 11. Other. Specify:____ | | (11) $ | |
| 12. Other. Specify:____ | | (12) $ | |
| 13. Other. Specify:____ | | (13) $ | |
| 14. Other. Specify: SPEED PAY FEE | 11/09/2012 | (14) $ | 10.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                      Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**Signature:** X /S/ CASSANDRA LOUIE

**Date:** 12/13/2012

**Print:** CASSANDRA LOUIE (First Name / Middle Name / Last Name)

**Title:** BANKRUPTCY SPECIALIST

**Company:** TCF NATIONAL BANK

**Address:** 800 BURR RIDGE PKWY
BURR RIDGE, IL 60527

**Contact phone:** (630) 986-4937

**Email:** CLOUIE@TCFBANK.COM